| | |
|---|---|
| 1 | JUSTIN X. WANG |
| | BAUGHMAN & WANG |
| 2 | 111 Pine Street, Suite 1225 |
| | San Francisco, CA 94111 |
| 3 | |
| | Attorney for Plaintiff |
| 4 | |
| | TONY WEST |
| 5 | Assistant Attorney General |
| | DAVID J. KLINE |
| 6 | Director, District Court Section |
| | Office of Immigration Litigation |
| 7 | VICTOR M. LAWRENCE |
| | Principal Assistant Director |
| 8 | SAMUEL P. GO, NYSBN 4234852 |
| | Senior Litigation Counsel |
| 9 | |
| |    P.O. Box 868, Ben Franklin Station |
| 10 |    Washington, D.C.  20044-0868 |
| |    Telephone: (202) 353-9923; FAX: (202) 616-8962 |
| 11 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| XIAOHUA LING, | ) | |
|     Plaintiff, | ) | No. 5:11-cv-1704 (PSG) |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND** |
| | ) | **DATES; AND** \|xxxxxxxxxxxx |
| JANET NAPOLITANO, Secretary, Department of | ) | **ORDER** |
| Homeland Security; ALEJANDRO MAYORKAS, | ) | |
| Director, U.S. Citizenship and Immigration Services, | ) | |
|     Defendants. | ) | |
| _____ | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff served this action on or about April 7, 2011.  Defendants' response is due on June 6, 2011.

2. The parties believe this matter might resolve without further litigation.

3. Therefore, the parties hereby respectfully ask this Court to a 30-day extension of time within which the Defendants must serve its response in the above-entitled action.  Defendants will file their response on or before July 6, 2011.

Dated: April 27, 2011						Respectfully submitted,

								TONY WEST
								Assistant Attorney General

								DAVID J. KLINE
								Director, District Court Section
								Office of Immigration Litigation

								VICTOR M. LAWRENCE
								Principal Assistant Director

								/s/ Samuel P. Go
								SAMUEL P. GO
								Senior Litigation Counsel, District Court Section
								Office of Immigration Litigation
								U.S. Department of Justice, Civil Division

								Attorneys for Defendants

Date: April 27, 2011						/s/ Justin X. Wang (with permission)
								JUSTIN X. WANG

								Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  April 27, 2011

								PAUL SINGH GREWAL
								United States Magistrate Judge

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation to Extend Dates and [Proposed] Order was served via the district court's electronic filing system on this 27th day of April 2011 to the following counsel:

JUSTIN X. WANG
BAUGHMAN & WANG
111 Pine Street, Suite 1225
San Francisco, CA 94111

   /s/ *Samuel P. Go*
SAMUEL P. GO
U.S. DEPARTMENT OF JUSTICE