1  JUSTIN X. WANG
   BAUGHMAN & WANG
2  111 Pine Street, Suite 1225
   San Francisco, CA 94111
3
   Attorney for Plaintiff
4
   TONY WEST
5  Assistant Attorney General
   DAVID J. KLINE
6  Director, District Court Section
   Office of Immigration Litigation
7  VICTOR M. LAWRENCE
   Principal Assistant Director
8  SAMUEL P. GO, NYSBN 4234852
   Senior Litigation Counsel
9
        P.O. Box 868, Ben Franklin Station
10      Washington, D.C.  20044-0868
        Telephone: (202) 353-9923; FAX: (202) 616-8962
11
   Attorneys for Defendants
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15                   SAN JOSE DIVISION

16  XIAOHUA LING,                    )
                                     )   No. 5:11-cv-1704 (PSG)
17         Plaintiff,                )
                                     )
18      v.                           )   **SECOND STIPULATION TO**
                                     )   **EXTEND DATES; AND**
19                                   )   xxxxxxxxxxx**] ORDER**
    JANET NAPOLITANO, Secretary, Department of  )
20  Homeland Security; ALEJANDRO MAYORKAS,       )
    Director, U.S. Citizenship and Immigration Services,  )
21                                   )
           Defendants.               )
22  _____)

23         Plaintiff, by and through his attorney of record, and Defendants, by and through their

24  attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

25         1.  Plaintiff served this action on or about April 7, 2011.  After a previous stipulation to

26  extend dates was granted, Defendants' response is due on July 6, 2011.

27  //

28  //

2.  The parties believe this matter might resolve without further litigation.  The parties have agreed that a 60-day extension of time will allow Plaintiff to respond to the Notice sent by Defendants on June 17, 2011 and perhaps apply for a waiver within the 33-day time frame set forth by the Notice, and for Defendants to consider Plaintiff's response and potential waiver before issuing its decision.

3.  Therefore, the parties hereby respectfully ask this Court to a 60-day extension of time within which the Defendants must serve its response in the above-entitled action.  As September 4, 2011 falls on a Sunday, Defendants will file their response on or before September 5, 2011.

Dated: July 1, 2011                                Respectfully submitted,

                                                   TONY WEST
                                                   Assistant Attorney General

                                                   DAVID J. KLINE
                                                   Director, District Court Section
                                                   Office of Immigration Litigation

                                                   VICTOR M. LAWRENCE
                                                   Principal Assistant Director

                                                   /s/ Samuel P. Go
                                                   SAMUEL P. GO
                                                   Senior Litigation Counsel, District Court Section
                                                   Office of Immigration Litigation
                                                   U.S. Department of Justice, Civil Division

                                                   Attorneys for Defendants

Date: July 1, 2011                                 /s/ Justin X. Wang (with permission)
                                                   JUSTIN X. WANG

                                                   Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:      July 5, 2011                            _Paul S. Grewal_
                                                   PAUL SINGH GREWAL
                                                   United States Magistrate Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Second Stipulation to Extend Dates and [Proposed] Order was served via the district court's electronic filing system on this 1st day of July 2011 to the following counsel:

JUSTIN X. WANG
BAUGHMAN & WANG
111 Pine Street, Suite 1225
San Francisco, CA 94111


 /s/ *Samuel P. Go*
SAMUEL P. GO
U.S. DEPARTMENT OF JUSTICE